UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

SEP 25 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                                             INDICTMENT NO. 7:25-cr-28-KKC

**CODY GENE SPEARS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
21 U.S.C. § 841(a)(1)

On or about September 15, 2025, in Martin County, in the Eastern District of Kentucky,

**CODY GENE SPEARS**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

<u>COUNT 2</u>
21 U.S.C. § 841(a)(1)

On or about September 18, 2025, in Martin County, in the Eastern District of Kentucky,

**CODY GENE SPEARS**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841.

A TRUE BILL

*[signature]*

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

**COUNTS 1 and 2:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

Case: 7:25-cr-00028-KKC-EBA    Doc #: 1    Filed: 09/25/25    Page: 3 of 3 - Page ID#: 20